**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
GREGORY DIEDRICH, *doing business as*
*Saginaw Financial,*

                    Plaintiff,

      -against-                                        23 **CIVIL** 0656 (VSB)

                                                     **JUDGMENT**

WOLTERS KLUWER, *CCH Small Business Solutions –*
*TaxWise,*

                    Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 25, 2024, Wolters's motion to dismiss the Complaint is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

       January 25, 2024

                                                               RUBY J. KRAJICK
                                                                 Clerk of Court

                                               **BY:**
                                                                _____
                                                                      **Deputy Clerk**