UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY DIEDRICH
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

23 cv 00656

-against-

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

WOLTERS KLUWER DBA SMALL BUSINESS SERVICES - TAXWISE
_____
(List the full name(s) of the defendant(s)/respondent(s).)

RECEIVED PRO SE OFFICE MAR 19 2024

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 1-25-2024 but did not file a notice of appeal within the required time period because:

I have been fighting (melanoma) cancer and I have had severe financial hardship - (see enclosed)

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: 3-14-2024

Signature: [signed]

Name (Last, First, MI): DIEDRICH GREGORY C

Address: 6237 SAGINAW DR   City: LAS VEGAS   State: NV   Zip Code: 89108

Telephone Number: 702-682-4361

E-mail Address (if available): GREG@SAGINAWFINANCIAL.COM

**SO ORDERED:**

[signed] Vernon Broderick
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Defendant is directed to respond to Plaintiff's extension request by April 8, 2024.

Dated: March 24, 2024