UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY DIEDRICH

(List the full name(s) of the plaintiff(s)/petitioner(s).)

23 cv 00656

-against-

WOLTERS KLUWER DBA SMALL BUSINESS SERVICES - TAXWISE

(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

RECEIVED PRO SE OFFICE MAR 19 2024

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on  1-25-2024  but did not file a notice of appeal within the required

date

time period because:

I have been fighting (melanoma) cancer and I have had severe financial hardship - (see enclosed)

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

3-14-2024
Dated:

Signature

DIEDRICH  GREGORY  C
Name (Last, First, MI)

6237 SAGINAW DR    LAS VEGAS    NV    89108
Address          City           State   Zip Code

702-682-4361
Telephone Number

GREG@SAGINAWFINANCIAL.COM
E-mail Address (if available)

SO ORDERED:

[signature]

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Having reviewed the medical records Plaintiff submitted in support of his extension request, (Doc. 24), and Defendant's opposition thereto, (Doc. 26), the Court would benefit from Plaintiff further explaining how his medical condition or treatment prevented him from timely filing a notice of appeal. Accordingly, Plaintiff shall file a reply in support of his extension request by April 30, 2024. Plaintiff is warned that failure to demonstrate "good cause" or "excusable neglect" will result in the denial of his motion. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at his current address.

Dated:  April 9, 2024